**UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**WEISSINGER NEWBERRY, III**                                                      **PLAINTIFF**


**vs.**                                               **CIVIL ACTION NO.  3:16-CV-143-DMB-SAA**


**JOHN W. CHAMPION, District Attorney of**
**Desoto County, Mississippi; PATRICK STEVEN**
**JUBERA, Assistant District Attorney; STATE**
**OF MISSISSIPPI**                                                                   **DEFENDANTS**

**ORDER STAYING CASE**

Defendants John W. Champion and Patrick Steven Jubera filed a motion to dismiss the

above-styled case on the basis of Eleventh Amendment and absolute prosecutorial immunity.

Docket 4.

Under Rule 16(b)(3)(B) of the Uniform Local Rules of the United States District Courts

for the Northern and the Southern Districts of Mississippi, "[f]iling a motion to compel

arbitration, or a motion asserting an immunity defense or a jurisdictional defense stays the

attorney conference and disclosure requirements and all discovery, pending the court's ruling on

the motion, including any appeal."

ACCORDINGLY, IT IS ORDERED that all conferences, disclosure requirements,

discovery, and proceedings in this case are stayed, other than additional immunity motion

practice, pending full briefing and ruling on the motions to dismiss.  Counsel for defendants is

directed to notify the undersigned within seven days of a ruling on the motions to dismiss.

This, the 27th day of June, 2016.

                                                      /s/ S. Allan Alexander
                                                      UNITED STATES MAGISTRATE JUDGE